IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JORDAN BREWER,<br><br>         Plaintiff,<br><br>    v.<br><br>SAMSUNG SDI CO., LTD., et al.,<br><br>         Defendants. | CIVIL ACTION NO.: 4:21-cv-355 |

## STATUS REPORT

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

**I.     DISCOVERY**

  A.  Is all discovery completed in this case?

      ☐ Yes        ☒ No

- If "No", please list what discovery is remaining:

**THE PARTIES HAVE NOT YET STARTED DISCOVERY. THE PARTIES REQUESTED, AND WERE GRANTED, A STAY OF PROCEEDINGS [DOC. 15].**

  B.  Are there any discovery issues which have been or will be brought before the Court for resolution?

      ☒ Yes        ☐ No

- If "Yes", please briefly explain:

The parties jointly requested a stay of proceedings to allow time for the resolution of proceedings in a related case pending in the State Court of Chatham County. The State Court has issued an Order which the parties are reporting to the Court per the Court's Order [Doc. 15] and seeking guidance from the Court regarding

the effect of this Order on the current stay.

**II.  SETTLEMENT**

    A. Have the parties made efforts to resolve this case?

       ☐ Yes      ☒ No

- If "Yes", please explain those efforts:

N/A

    B. Are the parties prepared to discuss settlement of this case with the Court at this time?

       ☐ Yes      ☒ No

- If "No", please explain:

The parties will not be in position to discuss resolution of this case until there is resolution of the proceedings in the State Court of Chatham County.

    C. Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

       ☐ Yes      ☒ No

- If "Yes", please list those parties:

N/A

    D. The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

The Court has scheduled a status conference for February 3, 2022. The parties do not anticipate the filing of any additional motions prior to this status conference.

**III.   MOTIONS**

    A.  The Plaintiff(s) anticipate filing the following Motions:

- ☐ None
- ☐ Motion for Summary Judgment
- ☐ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

Click here to enter text.

    B.  The Defendant(s) anticipate filing the following Motions:

- ☐ None
- ☐ Motion for Summary Judgment
- ☐ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

Click here to enter text.

**IV.   ADDITIONAL MATTERS**

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

The parties are in agreement that the State Court's recent Order does not resolve the State Court action and that the reasons for which the parties jointly requested a stay of proceedings still remain. The parties request that the Court's Order [Doc. 15] staying proceedings remain in effect.

Dated:  January 19, 2022

*/s/ George T. Major, Jr.*
GEORGE T. MAJOR, Jr.
Georgia Bar No. 619608
OLIVER MANER LLP
P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311
Counsel for Plaintiff


*/s/ Todd M. Baiad*
TODD M. BAIAD
Georgia Bar No. 031605
BOUHAN FALLIGANT LLP
One West Park Avenue (31401)
P.O. Box 2139
Savannah, Georgia 31402
(912) 232-7000
Counsel for Defendant Samsung SDI Co., Ltd.


*/s/ G. Mason White*
G. MASON WHITE
Georgia Bar No. 754581
BRENNAN, HARRIS & ROMINGER LLP
P.O. Box 2784
Savannah, Georgia 31402
(912) 233-3399
Counsel for SEV Berwick Store, LLC d/b/a
Southeast Vapes and E-Cigs

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing document on all parties in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

THIS 19th day of January, 2022.

                                        OLIVER MANER LLP

                                        /s/ *George T. Major, Jr.*
                                        WILLIAM J. HUNTER
                                        Georgia Bar No. 141288
                                        GEORGE T. MAJOR, JR.
                                        Georgia Bar No. 619608

218 West State Street                    *Counsel for Plaintiff*
P.O. Box 10186
Savannah, Georgia 31412
T: (912) 236-3311
bhunter@olivermaner.com
gmajor@olivermaner.com