UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JORDAN BREWER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CV421-355 |
| | ) |
| SAMSUNG SDI CO., LTD., *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

Per the Court's previous Order, doc. 66 at 2, the parties have filed a joint status report indicating the Georgia Court of Appeals remanded the related state court case to the State Court of Chatham County. Doc. 67. This case remains stayed through August 1, 2024. *See* doc. 66 at 2.

However, the Court's Order also directed the parties to "provide the Court with a brief summary of the procedural posture of the state action" and "explain exactly how and to what extent the resolution of the state court action will impact this case." Doc. 66 at 2. The parties' joint status report does not comply with that direction; the joint status report only indicates that the Georgia Court of Appeals has "vacated the trial court's order and remanded the case with directions regarding the appropriate

legal standard to be applied by the trial court." Doc. 67 at 1. That statement does not give the Court any insight into what remains to be done in the state trial court, how long the case may be pending in the State Court of Chatham County, or how and to what extent the state trial court's ultimate resolution of the related case will impact the present action.

The parties are **DIRECTED** to supplement their joint status report to comply with the Court's previous Order, doc. 66, by March 15, 2024. Failure to comply with this Order may result in sanctions, including dismissal of this action. *See* Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(b).

**SO ORDERED**, this 8th day of March, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA