# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# GEORGIA SAVANNAH DIVISION

| | |
|---|---|
| **JORDAN BREWER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Act. No. 4:21-cv-355-WTM-CLR |
| | ) |
| **SAMSUNG SDI CO., LTD, a Korean** | ) |
| **Corporation, SAMSUNG SDI AMERICA, INC.,** | ) |
| **a California Corporation, SEV BERWICK** | ) |
| **STORE LLC, d/b/a SOUTHEAST VAPES AND** | ) |
| **E-CIGS, a Georgia Limited Liability Company,** | ) |
| **HOHM TECH, INC., a California Corporation,** | ) |
| **JOHN DOES (A-Z), and ABC Inc. (1-100)** | ) |
| | ) |
| **Defendants.** | ) |

## FOURTH JOINT MOTION TO EXTEND PREVIOUSLY ENTERED STAY

COME NOW the parties to the above-styled action, and pursuant to Order of the Court (Doc. No. 77) hereby provide the Court with a brief summary of the procedural posture of the related case pending in the State Court of Chatham County.

The State Court of Chatham County granted Samsung Electronics America, Inc.'s ("SEA") request to set aside the judgment against it, finding that venue was not proper in Chatham County and that SEA had sufficiently raised the issue. The State Court further denied reconsideration of that order. The parties are now briefing that decision before the Georgia Court of Appeals, which allowed the plaintiffs in that case to file an interlocutory Notice of Appeal, at which point SEA cross-appealed. SEA is a separate and distinct corporate entity from Samsung SDI Co., Ltd. ("SDI") and Samsung SDI America, Inc. ("SDIA"), the defendants in this action.

The parties respectfully submit that a continuation of the stay is warranted, and no party has reconsidered that position. By submitting this joint status report, Defendants SDI and SDIA do not submit to the jurisdiction of this Court and reserve their earlier jurisdictional objections.

RESPECTFULLY SUBMITTED, THIS 26th DAY OF SEPTEMBER.

2

BOUHAN FALLIGANT LLP

/s/ Lucas D. Bradley
TODD M. BAIAD
Georgia State Bar No. 031605
LUCAS D. BRADLEY
Georgia State Bar No. 672136
*Attorneys for Defendant Samsung SDI America, Inc. a California Corporation, and Samsung SDI Co., Ltd., a Korean Corporation*

One West Park Avenue (31401)
Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000 - telephone
(912) 233-0811 – fax
tmbaiad@bouhan.com
ldbradley@bouhan.com

OLIVER MANER LLP

 /s/ *George T. Major, Jr.*
WILLIAM J. HUNTER
Georgia Bar No. 141288
GEORGE T. MAJOR, JR.
Georgia Bar No. 619608
*Attorneys for Plaintiff*

218 W. State Street
P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311
bhunter@olivermaner.com
gmajor@olivermaner.com

BRENNAN, HARRIS & ROMINGER LLP

 /s/ *G. Mason White*
G. MASON WHITE
Georgia Bar No. 754581
*Attorney for Defendant SEV Berwick Store, LLC*

2

Post Office Box 2784
Savannah, Georgia 31402
T: (912) 233-3399
F: (912) 236-4558
[gmw@bhrlegal.com](mailto:gmw@bhrlegal.com)